UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

IVAN VON STAICH,

    Petitioner,

    v.

BEN CURRY,

    Respondent(s).

No. C 07-3373 PJH (PR)

**ORDER OF DISMISSAL**

This pro se habeas action was filed on June 27, 2007. On that same day the court notified petitioner that his application for leave to proceed in forma pauperis ("IFP") was deficient in specified ways. A copy of the court's form for applications to proceed in forma pauperis was provided with the notice, along with a return envelope. Petitioner was informed that if he did not either pay the fee or correct the deficiencies of the IFP application within thirty days the case would be dismissed. No response has been received.

The application to proceed IFP (document number 2 on the docket) is **DENIED**. This case is **DISMISSED** without prejudice. No fee is due. The clerk shall close this file.

**SO ORDERED.**

Dated: August 9, 2007

PHYLLIS J. HAMILTON
United States District Judge