UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

IVAN VON STAICH,

    Petitioner,                            No. C 07-3373 PJH (PR)

    v.                                   **JUDGMENT**

BEN CURRY,

    Respondent(s).

_____/

Pursuant to the order of dismissal signed today, a judgment of dismissal without prejudice is entered against petitioner and in favor of respondents. Petitioner shall obtain no relief by way of his petition.

**SO ORDERED.**

Dated: August 9, 2007

                                         _____
                                         PHYLLIS J. HAMILTON
                                         United States District Judge